**DISMISS and Opinion Filed July 10, 2019**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-19-00501-CV**
_____

**BRIAN KOEN, Appellant**

**V.**

**SOUTHWEST AUTO STORAGE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03679-D**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

By motion filed July 2, 2019, appellant informs the Court the summary judgment he appealed has been set aside and asks his appeal be withdrawn. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190501F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BRIAN KOEN, Appellant

No. 05-19-00501-CV        V.

SOUTHWEST AUTO STORAGE,
Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-18-03679-D.
Opinion delivered by Chief Justice Burns,
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Southwest Auto Storage recover its costs, if any, of this appeal from appellant Brian Koen.

Judgment entered July 10, 2019.